# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 14, 2019

VIA ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Lenny Oquendo**
      **18 Cr. 790 (PGG)**

Dear Judge Gardephe,

Mr. Oquendo is scheduled to be sentenced on December 2, 2019 and the defense sentencing submission is due tomorrow, November 15, and the Government's submission is due on November 22. See Dkt. No. 52.

I am currently out of the office, traveling for work on another case, and I write to request a 3-day extension for the defense submission, so that it is due Monday, November 18 (which is still two weeks in advance of sentencing). The additional few days will allow me to review the final PSR (which was issued on November 12) and finalize our submission once I am back in the office.

The Government, by Assistant United States Attorney Kyle Wirshba, has no objection to this application.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Oquendo
212-417-8729

SO ORDERED:

*[signature]*
HONORABLE PAUL G. GARDEPHE
Nov. 15, 2019

cc:   Kyle Wirshba
      Assistant United States Attorney