# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2020

VIA ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Lenny Oquendo**
      **18 Cr. 790 (PGG)**

Dear Judge Gardephe,

On January 15, 2020, we asked the Court to order the government to turn over the underlying documents and records regarding its proposed restitution order in the above-captioned case and to allow defense counsel to respond in writing to the proposed order by January 31. See Dkt. No. 79. The Court endorsed our request on January 21, 2020. See Dkt. No. 86.

The government supplied defense counsel with the requested supporting documentation and additional information. I write to request two additional weeks – to February 14, 2020 – to review the materials, and to consult with Mr. Oquendo, before putting forth our position. The government by Assistant United States Attorney Kyle Wirshba consents to this request.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Lenny Oquendo

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 31, 2020