UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

LENNY OQUENDO,

               Defendant.

CASE NO.: 18 Crim. 790-1 (PGG)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Probation's request for an adjournment of today's bail hearing is GRANTED. The parties shall coordinate and provide Probation with available information concerning Mr. Oquendo's sister's residence. The Court respectfully requests that Probation provide an update on or before October 3, 2025.

The Clerk of Court is respectfully directed to terminate the bail hearing scheduled for September 26, 2025.

Dated:    New York, New York
             September 26, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**