UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LENNY OQUENDO,

Defendant.

**ORDER**

18 Cr. 790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 22, 2025, at 11:00 a.m., is adjourned to **October 29, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 21, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge