UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>LENNY OQUENDO,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 790 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 22, 2026, at 11:00 a.m., is adjourned to **October 22, 2026, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 20, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge