# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*


November 11, 2026

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Lenny Oquendo*, 18-cr-790 (PGG)

Dear Judge Gardephe,

A status conference in the above-captioned case is scheduled for Monday, November 16, 2026 at 12:30 p.m. I write to request an adjournment of the conference so that I can have additional time to consult with Mr. Oquendo, the Government, and Probation about a possible resolution. If the Court has availability the week of December 14, 2026 that would be ideal for the parties.

The Government by Assistant United States Attorney Kyle Wirshba has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Nora Stephens
Counsel for Lenny Oquendo

**MEMO ENDORSED:**
**The application is granted. The conference currently scheduled for November 16, 2026, at 12:30 p.m. is adjourned to December 18, 2026, at 12:30 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: November 11, 2026